United States District Court
Northern District of New York

# JUDGMENT

**MARCIA SPAHR**

                Plaintiff

      VS.                      5:07-CV-887 (NAM) (GHL)

**COMMISSIONER OF SOCIAL SECURITY, ET AL**

                Defendant

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation by Magistrate Judge George H. Lowe is approved and the case is dismissed for plaintiff's failure to comply with the Court's September 25, 2007 Order.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 18th day of December, 2007.


**DECEMBER 19, 2007**                **LAWRENCE K. BAERMAN**

**DATE**                                        **CLERK OF COURT**

                                                     s/

                                         **JOANNE BLESKOSKI**
                                         **DEPUTY CLERK**